

| | 845 United Nations Plaza | P: 212-220-4024 |
|---|---|---|
| | 37th Floor | F: 866-839-4306 |
| | New York, NY 10022 | E: tma@youngandma.com |

## MEMO ENDORSED

July 7, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___7/7/2022___

Via ECF
Hon. Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

Re:     Mathur v. Ethicon US, LLC et al.
        21 Civ. 00367 (VEC)

Dear Judge Caproni,

We write to jointly request an extension to submit the status report, originally due July 7, 2022, to and through July 12, 2022.   This is the second request for an extension of time, which is necessary for emergency childcare-related reasons that cannot be resolved without a few additional business days.

Thank you very much for your consideration of this matter.

Respectfully submitted,

Tiffany Ma

cc:     Jane Rigby, Esq. (via ECF)
        Stephen Payerle, Esq. (via ECF)

Application GRANTED.  The Court reminds the parties that absent an emergency, pursuant to the Undersigned's Individual Practices, adjournment requests must be made at least 48 hours in advance.

SO ORDERED.

Date: 7/7/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE